## Quincy THREATS, Movant/Appellant,

v.

## STATE of Missouri, Respondent.

### No. ED 100846

Missouri Court of Appeals,
Eastern District,
*DIVISION ONE*.

Filed: January 27, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied March 11, 2015

Gwenda Robinson, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Robert Bartholomew, Jr., P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J. and Lisa S. Van Amburg, J.

### *ORDER*

PER CURIAM

Quincy Threats appeals the judgment of the Circuit Court of St. Louis County denying his Rule 24.035 motion for post-conviction relief. We affirm the motion court's judgment.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).